EarthSnap, Inc. is redacted from and not subject to this document based on the 11 U.S.C. § 362(a) automatic stay.

| | |
|---|---|
| DISTRICT COURT, SAN MIGUEL COUNTY, COLORADO<br>Court Address:  305 West Colorado Avenue<br>P.O. Box 919<br>Telluride, Colorado 81435 | DATE FILED<br>July 31, 2024 9:15 AM<br>CASE NUMBER: 2021CV30005 |
| **Plaintiff:**     PLANTSNAP, INC<br><br>v.<br><br>**Defendants:**   ERIC RALLS and EARTH.COM, INC.<br><br>v.<br><br>**Third Party Plaintiff:** DEJ PARTNERS, LLC<br><br>v.<br><br>**Third Party Defendants**: EARTHSNAP, INC.; DIGITAL EARTH MEDIA, INC.; and METAVERSAL KNOWLEDGE, INC. | ☐   COURT USE ONLY   ☐ |
| Attorney:        Peter W. Thomas, No. 27657<br>Firm Name:     PRAXIDICE, PC<br>Address:        124 W Hyman Ave, Ste 1A<br>                Aspen, Colorado 81611<br>Phone Number: (970) 544-5900<br>E-Mail:        *peter@praxidicelaw.com* | Case No: 2021 CV 30005<br><br>Division:        Courtroom: |
| **CONFESSION OF JUDGMENT** | |

UPON Stipulation between the parties to this action, IT IS ORDERED, ADJUDGED, AND DECREED that Judgment enter in favor of Third Party Plaintiff DEJ Partners, LLC ("Third Party Plaintiff"), and against Defendants Eric Christian Ralls and Earth.com, Inc. ("Earth.com"), and Third-Party Defendants ▮▮▮▮▮▮▮▮▮▮ Digital Earth Media, Inc ("Digital Earth"); Metaversal Knowledge, Inc. ("Metaversal") (Defendants Ralls and Earth.com, and Third-Party Defendants ▮▮▮▮ Digital Earth and Metaversal, shall be, unless otherwise indicated,

collectively referred to as "Defendants"), jointly and severally, in the principal sum of $1,500,000.00 (the "Confession of Judgment").

This Confession of Judgment arises from Case No. 2021 CV 30005, brought in the San Miguel County Combined Court, by PlantSnap, Inc. and DEJ Partners, LLC against Ralls, Earth.com, Digital Earth, ▉▉▉▉▉ and Metaversal (the "Entities" and the "Action").

The Action contained claims against Ralls and the Entities for, among others, Fraud, Fraudulent Inducement, Fraudulent Transfer, Conversion, and Civil Theft (the "Claims");

The Claims, and the resulting Confession of Judgment, were predicated on Ralls' and the Entities' intent to cause willful and malicious injuries to DEJP.

The Claims occurred while Ralls acted in a fiduciary capacity as an officer and director of PlantSnap and continued during the course of the Action.

The Claims, and the resulting Confession of Judgment, relate to Ralls' and the Entities' intentional acts and false representations, that they knew were false at the time they made them, and Ralls and the Entities acknowledge that his representations were made with the intention and purpose of deceiving DEJP, that DEJP relied on the misrepresentations and omissions, and sustained damages based on their misrepresentations.

The Claims, and the resulting Confession of Judgment, are also based on Ralls' and the Entities' fraudulent transfers by and between Ralls and the Entities, in knowing violation of C.R.S. § 38-8-105, with the actual intent of preventing DEJP from realizing repayment of loans fraudulently induced by Ralls and the Entities and of further delaying and defrauding DEJP from recovering its monies from Ralls or the Entities.  Ralls and the Entities acknowledge taking such actions and exerting control or possession over DEJP's funds with the intention to permanently

deprive DEJP of its monies, and Ralls and the Entities acknowledge that their actions were willful, wanton, and malicious.

The Claims were based on Ralls' and the Entities' taking money, property, and/or services obtained by false pretenses, false representations, and actual fraud, and Ralls and the Entities agree that such conduct, and the resulting Confession of Judgment, meets the standards set forth in 11 U.S.C. §§ 523(a)(2).

Ralls and the Entities acknowledge that the Claims, and the resulting Confession of Judgment, are non-dischargeable by Ralls and/or the Entities, as they relate to a debt for fraud and/or defalcation while Ralls was acting in a fiduciary capacity, and Ralls agrees that such conduct meets the standards set forth as outlined in 11 U.S.C. §§ 523(a)(4).

The Claims, and the resulting Confession of Judgment, are non-dischargeable by Ralls and/or the Entities as they relate to the willful and malicious injuries caused to DEJP's property, and Ralls and the Entities agree that such conduct meets the standards set forth as outlined in 11 U.S.C. §§ 523(a)(6).

The Claims, and the resulting Confession of Judgment, also relate to Ralls' and the Entities' common law fraud, deceit, or manipulation in connection with the sale of securities, and Ralls and the Entities agree that such conduct meets the standards set forth as outlined in 11 U.S.C. §§ 523(a)(19).

The Judgment shall bear interest at the rate of 12% per annum, compounded annually, until paid in full.

The Clerk of the District Court is hereby directed to enter the Judgment in the Registry of Actions of this Court pursuant to C.R.C.P. 79(a)(4).

3

SO ORDERED this ____ day of ___July 31, 2024___, 202__.

BY THE COURT:

_____
District Court Judge

This Judgement is confessed by:

_____
Eric Ralls
Date: 2-19-24

_____
Earth.com, Inc.
By: Eric Ralls
Date:2-19-24

_____
Digital Earth Media, Inc.
By: Eric Ralls
Date:  2-19-24



_____
Metaversal Knowledge, Inc.
By: Eric Ralls
Date:2-19-24

4

# Confession of Judgment in Favor of DEJP.signature verson

Final Audit Report                                    2024-02-19

| | |
|---|---|
| Created: | 2024-02-19 |
| By: | Michael Melito (melito@melitolaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA8onbfwjyZ3d5J3hS7b8iwaFlBV9PMJ26 |

## "Confession of Judgment in Favor of DEJP.signature verson" History

📄 Document created by Michael Melito (melito@melitolaw.com)
2024-02-19 - 6:29:35 PM GMT- IP address: 204.144.183.247

📧 Document emailed to Eric Ralls (ralls@earth.com) for signature
2024-02-19 - 6:29:39 PM GMT

📄 Email viewed by Eric Ralls (ralls@earth.com)
2024-02-19 - 6:52:41 PM GMT- IP address: 68.52.91.184

✍️ Document e-signed by Eric Ralls (ralls@earth.com)
Signature Date: 2024-02-19 - 6:52:53 PM GMT - Time Source: server- IP address: 68.52.91.184

✅ Agreement completed.
2024-02-19 - 6:52:53 PM GMT

![Adobe Acrobat Sign]
Adobe Acrobat Sign