IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



**EOD**

04/10/2026

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ERIC RALLS** | § | Case No. 24-60504 |
| | § | |
| | § | |
| Debtor\ | § | Chapter 7 |

| | | |
|---|---|---|
| DEJ PARTNERS, LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adversary No. 24-6047 |
| | § | |
| ERIC RALLS | § | |
| Defendant | § | |

**ORDER DENYING PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

On this date the Court considered "Plaintiff's Motion for Partial Summary Judgment" (the "Motion") filed by DEJ Partners, LLC ("Plaintiff" or "DEJP") on July 7th, 2025.  Upon review of the proper summary judgment evidence, the applicable legal authorities, the Motion, response, and for the reasons set forth in the *Memorandum of Decision* entered in this adversary proceeding on this date, the Court concludes that Plaintiff failed to demonstrate that there is no genuine dispute as to any material fact or that it is otherwise entitled to judgment as a matter of law on Plaintiff's causes of action under 11 U.S.C. §§§ 523(a)(2)(A), (a)(4) and/or (a)(6).  Accordingly, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion filed by Plaintiff is hereby

**DENIED** as to causes of action under 11 U.S.C. §§§ 523(a)(2)(A), (a)(4) and/or (a)(6).

Signed on 4/10/2026

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE